IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| PAUL ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 1:08-cv-00093 |
| v. | § | |
| | § | |
| THE GUARDIAN LIFE INSURANCE | § | |
| COMPANY OF AMERICA, et al. | § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL**

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this case be dismissed, with prejudice.

Respectfully submitted,

|  |  |  |
|---|---|---|
| | BY: | *s/D. Seth Holliday* |
| | | D. Seth Holliday (#023136) |
| | | ERIC BUCHANAN & ASSOCIATES, PLLC |
| ATTORNEYS FOR | | 414 McCallie Avenue |
| PLAINTIFF | | Chattanooga, TN 37402 |
| | | (423)634-2506 |
| | | (423) 634-2505 fax |
| | | sholliday@buchanandisability.com |
| ATTORNEY FOR | BY: | s/Elizabeth Tipping |
| DEFENDANT | | Elizabeth Tipping (#023066) |
| | | One Nashville Place, Suite 2000 |
| | | 150 Fourth Avenue North |
| | | Nashville, TN 37219 |
| | | (615) 244-1713 |
| | | etipping@nealharwell.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

BY: *s/D. Seth Holliday*
      D. Seth Holliday